John L. ERNSBERGER and Pauline Tvrdy, Appellants,

v.

Esther HEITZ, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Rehearing Denied Feb. 15, 1974.

James B. Meadows, Newport, for appellants.

Richard R. Slukich, Covington, for appellee.

Memorandum Opinion of the Court by Special Commissioner F. BYRD HOGG, Affirming.*

Insurance Investors Trust Company's Receiver, George E. DUDLEY, Appellant,

v.

Charles H. Arnold's Executrix, Christine A. GOLDSMITH, etc., et al., Appellees.

Court of Appeals of Kentucky.

Oct. 12, 1973.

Rehearing Denied Feb. 15, 1974.

Charles L. Kirk, Royse, Zweigart & Kirk, Maysville, for appellant.

Woodson T. Wood, Fox, Wood & Wood, Maysville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

The HAMMET COMPANY, INC., Appellant,

v.

Edward BURD, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Rehearing Denied Feb. 22, 1974.

W. Pelham McMurry, McMurry & Livingston, Paducah, for appellant.

L. M. Tipton Reed, Neely Reed & Brien, Mayfield, for appellee.

Memorandum Opinion of the Court by Special Commissioner CHARLES R. RICHARDSON, Affirming.*

L. C. MEKOMBER, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Rehearing Denied Feb. 15, 1974.

W. Currie Milliken, Milliken & Milliken, Bowling Green, for appellant.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Order Denying Appeal.*

* Opinion ordered not to be published.